# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2026-0332
Lower Tribunal Nos. 2010-CF-010425 and 2025-CA-011049

———————————————

PARIS DEMETRIUS EVANS,

Petitioner,

v.

STATE OF FLORIDA, ORANGE COUNTY SHERIFF'S OFFICE, and CLERK OF THE
CIRCUIT COURT FOR ORANGE COUNTY,

Respondents.

———————————————

Petition for Writ of Certiorari to the Circuit Court for Orange County.
Michael Deen, Judge.

April 24, 2026

PER CURIAM.

Pursuant to Florida Rule of Appellate Procedure 9.040(c), the Petitioner's

Petition for Writ of Certiorari is treated as an appeal of the trial court's Order

Dismissing Petition for Writ of Mandamus entered on January 6, 2026. The trial

court's order is affirmed.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.

Paris Demetrius Evans, Bonifay, pro se.

No Appearance for Respondents.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED